# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

ERNEST HINTON HOGAN, JR.,              :
                                       :
        Plaintiff                     :
                                       :
vs.                                    :   1:05-CV-143 (WLS)
                                       :
                                       :
JAMES DONALD, KEVIN ROBERTS,           :
CHRIS RAILEY,                          :
SERGEANT BLACKMON,                     :
OFFICER GALLOWAY,                      :   **PROCEEDINGS UNDER 42 U.S.C. §1983**
                                       :   **BEFORE THE U.S. MAGISTRATE JUDGE**
                                       :
        Defendants.                   :

## O R D E R

*Pro se* prisoner plaintiff **ERNEST HINTON HOGAN, JR.,** presently confined at Calhoun State Prison in Morgan, Georgia filed the above-styled complaint pursuant to 42 U.S.C. § 1983. Plaintiff paid $150.00 of the $250.00 filing fee. Presumably, plaintiff was unaware of an increase in the civil filing fee.[1] Accordingly, plaintiff may either pay the additional $100.00 or file an application to proceed *in forma pauperis*.

Even if a prisoner is allowed to proceed *in forma pauperis*, he must nevertheless pay the full amount of the $250.00 filing fee in installments based on funds in the prisoner's account. When a prisoner has funds in his account, he must pay an initial partial filing fee of twenty (20 %) percent of the greater of (1) the average monthly deposits to the prisoner's account, or (2) the average

---

[1] In February 2005, the civil filing fee in the United States District Courts increased from $150.00 to $250.00.

1

monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1).

Once the court is afforded an opportunity to review plaintiff's trust fund account statement, the court will determine whether plaintiff has tendered sufficient funds to cover the amount any initial partial filing he may be required to pay. Plaintiff shall have thirty (30) days from the date of his receipt of this order to either pay the balance of the filing fee or file an application to proceed *in forma pauperis* accompanied by a current copy of his prisoner trust fund account statement. Failure to comply with this order shall result in the dismissal of plaintiff's complaint. There shall be no service in this case until further order of the court.

**SO ORDERED**, this the 21st day of October, 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

mh