## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY GEORGIA

ERNEST HINTON HOGAN, JR., :
:
    Plaintiff :
:
v. :   1:05-CV-143 (WLS)
:
JAMES DONALD, et. al., :
:
    Defendants :
:

## **ORDER**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on November 10, 2005. (Doc. 3). It is recommended that Plaintiff's claims against Defendant James Donald be dismissed. *Id*. No objection has been filed.

    Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 3) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's claims against Defendant James Donald (Doc. 1) are **DISMISSED**.

    **SO ORDERED**, this   19th   day of May, 2006.

                                      /s/W. Louis Sands
                                      **W. LOUIS SANDS, CHIEF JUDGE**
                                      **UNITED STATES DISTRICT COURT**