IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| ERNEST HINTON HOGAN, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | 1:05-CV-143 (WLS) |
| KEVIN ROBERTS, Warden, et. al., | : | |
| Defendants. | : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Richard L. Hodge (Doc. No. 31), filed February 7, 2007. It is recommended that Plaintiff's motion for a writ of mandamus (Doc. No. 8) and a motion for a court order (Doc. No. 14) be denied. Plaintiff has not filed a timely, or any, objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motion for a writ of mandamus (Doc. No. 8) and a motion for a court order (Doc. No. 14) are **DENIED.**

SO ORDERED, this  16th  day of March, 2007.

                                               /s/W. Louis Sands
                                               **W. Louis Sands, Judge**
                                               **United States District Court**