IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ERNEST HINTON HOGAN, | : | |
| Plaintiff, | : | |
| v. | : | 1:05-CV-143 (WLS) |
| KEVIN ROBERTS, Warden, et. al., | : | |
| Defendants. | : | |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Richard L. Hodge (Doc. No. 35), filed August 22, 2007. It is recommended that Defendant's motion to dismiss (Doc. No. 19) be granted. Plaintiff has filed a timely objection. (Doc. No. 36).

In his objection, Plaintiff argues various factual matters concerning the internal and administrative grievance procedures in the Georgia Prison system. These complaints were either before the Magistrate Judge or should have been addressed to the Magistrate Judge at the time the motion to dismiss was pending. As the recommendation makes clear, these issues were addressed directly by the Magistrate Judge. Plaintiff has failed to show that the Magistrate Judge erred in law or findings. Plaintiff's objection (Doc. No. 36) is therefore **OVERRULED.**

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein together with the findings made and conclusion reached herein. Accordingly, Defendants' motion to dismiss Plaintiff's complaint for failure to exhaust administrative remedies (Doc. No. 19) is **GRANTED.**

SO ORDERED, this   14th   day of September, 2007.

                                                            /s/W. Louis Sands
                                                          **W. Louis Sands, Judge**
                                                          **United States District Court**